UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ARMANDO JOSE JARQUIN RICO AND
ADOLFO VILLALONA,

     Defendant.

**ORDER**

(S1) 18 Cr. 661 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

   It is hereby ORDERED that a conference will take place in this action on

**January 23, 2020 at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
    January 13, 2020

          SO ORDERED.

          _____
          Paul G. Gardephe
          United States District Judge