UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ARMANDO JOSE JARQUIN RICO AND
ADOLFO VILLALONA,

                Defendant.

**ORDER**

(S1) 18 Cr. 661 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a conference will take place in this action on **February 21, 2020 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Defendant Rico is to submit a letter to the Court by **February 6, 2020**, with an update as to the status of a pre-trial disposition.

The application of Michael Nedick to withdraw as counsel for Defendant Villalona is granted.

Dated: New York, New York
      January 24, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge