UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ARMANDO JOSE JARQUIN RICO AND
ADOLFO VILLALONA,

                Defendants.

**ORDER**

18 Cr. 661 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        At the application of counsel for the Defendants (Dkt. No. 78) – both of whom are currently on trial – it is hereby ORDERED that the conference in this action previously scheduled for February 21, 2020, is adjourned to **March 6, 2020 at 3:45 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        As previously ordered (Dkt. No. 75), Defendant Rico will submit a letter to the Court with an update as to the status of a pre-trial disposition. This letter is now due by **February 24, 2020.**

        It is further ORDERED, with the consent of Defendants, that the time from February 21, 2020 through March 6, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit continuity of counsel.

Dated: New York, New York
       February 20, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge