UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ARMANDO JOSE JARQUIN RICO AND ADOLFO VILLALONA,<br><br>                    Defendants. | **ORDER**<br><br>18 Cr. 661 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference previously scheduled for March 26, 2020 will take place on **April 27, 2020 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Pursuant to the Standing Order In Re: Coronavirus/COVID-19 Pandemic, No. 20 Misc. 154 (S.D.N.Y. Mar. 13, 2020), time is excluded through April 27, 2020.

Dated: New York, New York
       March 16, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge