UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ADOLFO VILLALONA and ARMANDO JOSE JARQUIN RICO,

                Defendants.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference currently scheduled for June 15, 2020 for defendant Villalona is adjourned to **August 14, 2020 at 2:45 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      Upon the application of the United States of America, by and through Assistant United States Attorney Louis Pellegrino, and with the consent of defendant Villalona, by and through counsel, Tony Ricco, it is hereby ORDERED that the time from June 15, 2020 through August 14, 2020 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will allow the parties time to engage in further discussions concerning a possible disposition of this matter.

      It is further ORDERED that the June 15, 2020 status conference for defendant Rico is adjourned <u>sine</u> <u>die</u>.

Dated: New York, New York
       June 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge