UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ADOLFO VILLALONA,

Defendant.

**ORDER**

18 Cr. 661 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference currently scheduled for August 14, 2020, is adjourned to **October 13, 2020 at 12:00 p.m.**

Upon the application of the Government, by and through Assistant United States Attorney Louis Pellegrino, and with the consent of Defendant, by and through his counsel, Anthony Ricco, it is further ORDERED that the time from August 14, 2020 through October 13, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit additional time for the parties to discuss a pretrial disposition.

The parties are directed to dial 888-363-4749 to participate in the October 13, 2020 conference, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. No later than **October 10, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties

will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
      August 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge