UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ADOLFO VILLALONA,

Defendant.

**ORDER**

18 Cr. 661 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for February 16, 2021, is adjourned to **March 16, 2021 at 2:00 p.m. by telephone.**

Upon the application of the Government, by and through Assistant United States Attorney Louis Pellegrino, and with the consent of Defendant, by and through his counsel, Anthony Ricco, the time from February 16, 2021 through March 16, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will provide defense counsel additional time to discuss a pretrial disposition with the Government.

With respect to the March 16, 2021 conference, the parties are directed to dial 888-363-4749 to participate in the conference, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows

which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated: New York, New York
February 15, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge