UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ADOLFO VILLALONA,<br><br>                      Defendant. | **ORDER**<br><br>18 Cr. 661 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Government will respond to Defendant Villalona's motion for compassionate release and/or reduction in sentence (Dkt. No. 163) by February 2, 2024.

Dated: New York, New York
       January 19, 2024

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge